IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAYON OLIVER, | ) | |
| | ) | Civil Action No. 06 - 603 |
| Plaintiff, | ) | |
| | ) | Judge Joy Flowers Conti / |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| ROBERT MORRIS UNIVERSITY, | ) | |
| | ) | |
| Defendant . | ) | |

## ORDER

**IT IS ORDERED** this 7th day of August, 2006, that a Scheduling Conference is set before the undersigned on **August 24, 2006 at 11:00 AM** in Suite 301 of the United States Post Office and Courthouse Building, 700 Grant Street, Pittsburgh, PA 15219.

**IT IS FURTHER ORDERED** that the parties shall file a report pursuant to Local Rule 26(f) as well as a joint proposed initial scheduling order, in compliance with the practices and procedures of the undersigned[1], no later than **August 17, 2006.**

BY THE COURT:

s/ Lisa Pupo Lenihan
LISA PUPO LENIHAN
U.S. MAGISTRATE JUDGE

---

[1] http://www.pawd.uscourts.gov/Documents/Public/Reference/Lenihan.pdf

cc:    Lois E. Glanby
       152 East Highland Drive
       McMurray, PA 15317
       Email: attorneyglanby@aol.com

       Mark T. Phillis
       Littler Mendelson, P.C.
       625 Liberty Avenue
       26th Floor
       Pittsburgh, PA 15222
       Email: mphillis@littler.com